**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**CORNILEOUS SMITH**

**VERSUS**

**WILBUR HUGHES, ET AL.**

**CIVIL ACTION**

**NO. 24-799-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case, and for the reasons set forth in the Magistrate Judge's Report and Recommendation dated August 15, 2025 (Doc. 23), to which no objections were filed,

**IT IS ORDERED** that the Motion to Remand (Doc. 5) is **DENIED**.

Signed in Baton Rouge, Louisiana, on September 3, 2025.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**